Signed and Filed: April 18, 2016

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-30726 HLB |
| REGAN CARROLL, | Chapter 7 |
| Debtor. | |
| CHARLES I. JADALLAH, | Adv. Proc. No. 14-3099 HLB |
| Plaintiff, | |
| v. | |
| REGAN CARROLL, | |
| Defendant. | |

**JUDGMENT**

In accordance with the memorandum opinion entered April 14, 2016, the Court hereby enters judgment in favor of Plaintiff as follows:

1. Defendant's liability for fraud related to the March 7, May 14, May 28, and August 9, 2013 advances totaling $500,000 from Plaintiff to the Redland Group, Inc. as described in the memorandum opinion is hereby declared nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

**\*\*END OF JUDGMENT\*\***

## Court Service List

[None]